DeKalb Nurseries, Inc., Appellant, *v.* Bill Realty Company et al.

Argued March 27, 1974. *Arthur Lefkoe,* with him *Wisler, Pearlstine, Talone, Craig & Garrity,* for appellant; *Richard L. Bazelon,* with him *William T. Coleman, Jr.,* and *Dilworth, Paxson, Kalish, Levy & Coleman,* for appellee.

Order affirmed.

Derr et ux., Appellants, *v.* Fernwood Markets, Inc.

Argued March 20, 1974. *Thomas J. Beagan, Jr.,* for appellants; *Francis T. Sbandi,* with him *Edward J. Carney, Jr.,* and *Fronefield, deFuria and Petrikin,* for appellee.

Judgment affirmed.